UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS L. WILLIAMS, (aka MALIK ALI EL-BEY),<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.: 3:19-CV-00653-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 9) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 9[1]) entered on December 13, 2019, recommending that the Court dismiss this action. No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 9) entered on December 13, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that this action is DISMISSED.

IT IS FURTHER ORDERED that ALL pending motions are DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 30th day of December, 2019.

_____
ROBERT C. JONES
Senior District Judge